UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

------------------------------------------------------------------x
COLONEL MAURICE MAYNARD MEYERS,

        Plaintiff,

        -against-

MENTAL HYGIENE LEGAL SERVICES, ATTORNEY
BRUCE HARRIS, ATTORNEY BRIAN KIERNAN,
ATTORNEY PHILLIP HABIB, ATTORNEY SARA
ROTKIN, ATTORNEY VIN LAM BINDO, and
ATTORNEY GEORGE ANN CAPERANINO,

        Defendants.
------------------------------------------------------------------x

**ORDER**

16-CV-3798 (CBA)

COLONEL MAURICE MAYNARD MEYERS,

        Plaintiff,

        -against-

JUDGE BERT BUNYON,

        Defendant.
------------------------------------------------------------------x

16-CV-5396 (CBA)

COLONEL MAURICE MAYNARD MEYERS,

        Plaintiff,

        -against-

JUDGE BERNARD GRAHAM and JUDGE PAMELA
FISHER,

        Defendants.
------------------------------------------------------------------x

16-CV-5549 (CBA)

COLONEL MAURICE MAYNARD MEYERS,

        Plaintiff,

        -against-

PRESIDENT VLADIMIR PUTIN,

        Defendant.
------------------------------------------------------------------x

16-CV-5553 (CBA)

AMON, United States District Judge:

Colonel Maurice Maynard Meyers filed the above-captioned *pro se* complaints dated September 22, 2016, and September 29, 2016. Plaintiff did not pay the filing fee or request leave to proceed without the prepayment of fees for these actions. The Clerk's Office mailed letters directing plaintiff to either pay the fee or submit a completed application to proceed *in forma pauperis* ("IFP") in each case. To date, plaintiff has not paid the fee or requested IFP status in these actions, and the 14-day period he was provided has expired in each case. Accordingly, the above-captioned complaints are dismissed without prejudice.

SO ORDERED.

s/Carol Bagley Amon
CAROL BAGLEY AMON
United States District Judge

Dated: Brooklyn, New York
November 17, 2016